[No. 4621-4-III. Division Three. January 20, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. GLEN
OSCAR GILBERT, JR., *Appellant*.

Appeal from a judgment of the Superior Court for
Franklin County, No. 4207, Robert S. Day, J., entered June
5, 1981. *Remanded* for resentencing by opinion, unpub-
lished in part, per McInturff, J., concurred in by Munson,
A.C.J., and Green, J.

[No. 5287-3-II. Division Two. January 21, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD
E. WOODLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 58388, Stanley W. Worswick, J., entered Janu-
ary 14, 1981. *Dismissed* by unpublished opinion per
Petrich, C.J., concurred in by Petrie and Reed, JJ.